IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mark Gibney, *et al.*, | : | |
| Plaintiff | : | Civil Action 2:10-cv-708 |
| v. | : | Judge Marbley |
| State Farm Fire & Cas. Co., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

This matter is before the Court pursuant to the motion of PNC Bank, National Association for leave to intervene in this action as a matter of right under Fed. R. Civ. P. 24(a)(2) or under Fed. R. Civ. P. 24(b)(1)(B). This action concerns the destruction by fire of the dwelling of Plaintiff Mark Gibney. Movant is the holder of a note and mortgage on Plaintiff's property, and is a designated loss payee on the insurance policy at issue in this case. No objection to this request has been filed, and the time to do so has now elapsed.

For good cause shown, the Motion (Doc. 35) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the complaint of intervenor plaintiff PNC Bank, N.A. (Doc. 35-4), and to designate PNC Bank, N.A. on the docket as a plaintiff.

s/Mark R. Abel
United States Magistrate Judge