IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| MARK GIBNEY, et al., | : | Case No. 2:10-cv-00708-ALM-EPD |
| Plaintiffs, | : | |
| | : | Judge Algenon M. Marbley |
| vs. | : | Magistrate Judge Mark R. Abel |
| | : | |
| STATE FARM FIRE & CASUALTY CO., | : | **AGREED ORDER EXTENDING TIME** |
| | : | **OF DEFENDANT STATE FARM FIRE** |
| Defendant. | : | **& CASUALTY COMPANY TO FILE** |
| | : | **REPLY MEMORANDUM IN SUPPORT** |
| | : | **OF ITS MOTION FOR SUMMARY** |
| | : | **JUDGMENT** |

Upon stipulation and agreement by Plaintiffs Mark Gibney and Brenda Gibney (hereinafter "Plaintiffs"), Defendant State Farm Fire & Casualty Company (hereinafter "State Farm"), and Intervening Plaintiff PNC Bank, N.A. ("PNC Bank") it is hereby **ORDERED** that the time for State Farm to file a Reply Memorandum in Support of its Motion for Summary Judgment shall be extended to and including April 12, 2012.  State Farm's Reply Memorandum shall respond to both Plaintiffs' Memorandum in Opposition to Motion for Summary Judgment (Doc. 44) and PNC Bank's Memorandum in Opposition to Motion for Summary Judgment (Doc. 45.)

    **SO ORDERED.**


Date:  <u>March 30, 2012</u>                           <u>s/Mark R. Abel</u>
                                                         Magistrate Judge Mark R. Abel

AGREED:

 /s/ Andrew P. Cooke by G. Harrison per e-mail authorization of 3/30/12 _____
Andrew P. Cooke (40810)
Adam J. Bennett (77831)
Cooke, Demers & Gleason LLC
Three North High Street
P.O. Box 714
New Albany OH 43054
614-464-3900
614-222-4830 (fax)
acooke@cdgattorneys.com

Attorneys for Plaintiffs

/s/ Gregory A. Harrison
Gregory A. Harrison (0029814)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH   45202
 (513) 977-8314
 (513) 977-8141 (fax)
greg.harrison@dinsmore.com

Trial Attorney for Defendant
  State Farm Fire & Casualty Company

 /s/ Rodney A. Holaday by G. Harrison per e-mail authorization of 3/29/12 _____
Rodney A. Holaday (68018)
Jocelyn N. Prewitt-Stanley (76826)
Shantae Clayborn
Daniel S. Jones
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
614-464-6400
614-464-6350 (fax)
raholaday@vorys.com
jnprewittsta@vorys.com

Attorneys for Intervening Plaintiff PNC Bank, N.A.